1  MARK B. HELM (State Bar No. 115711)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue
   Thirty-Fifth Floor
3  Los Angeles, CA 90071-1560
   (213) 683-9100
4
   KELLY M. KLAUS (State Bar No. 161091)
5  MUNGER, TOLLES & OLSON LLP
   33 New Montgomery Tower
6  Nineteenth Floor
   San Francisco, CA 94105-9781
7  (415) 512-4000

8  Attorneys for Defendant
   PHILADELPHIA CHURCH OF GOD, INC.





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, | CASE NO. CV 97-5306-JSL |
| Plaintiff, | [~~REVISED PROPOSED~~] ORDER FOLLOWING TELEPHONIC HEARING |
| vs. | |
| PHILADELPHIA CHURCH OF GOD, INC., | Date: N/A |
| Defendant. | Time: N/A<br>Ctrm: 4 — Hon. J. Spencer Letts |

[553620.1]

ENTERED ON ICMS 6/1/99

178

1  On May 25, 1999, the Court conducted a telephonic hearing with counsel for the
2  parties in connection with several outstanding motions. Allan Browne, Esq., and Benjamin D.
3  Scheibe, Esq., appeared for the plaintiff, Worldwide Church of God ("WCG"); Kelly M.
4  Klaus, Esq., appeared for the defendant Philadelphia Church of God ("PCG").

5  Good cause appearing therefor,

6  IT IS HEREBY ORDERED THAT:

7  [1] The WCG's Motion for an Order Amending the Judgment entered April 20,
8  1999 is DENIED.

9  [2] The WCG's Motion for an Injunction Pending Appeal is DENIED.

10 [3] The hearing date on the PCG's Motion for Attorneys' Fees, presently on
11 calendar for June 1, 1999, is continued to June 28, 1999. A revised opposition to that
12 Motion, should the WCG choose to file one, shall be filed and hand-served on opposing
13 counsel not later than June 14, 1999. A reply memorandum, if any, shall be filed and hand-
14 served on opposing counsel not later than June 21, 1999. The WCG's Motion to Retax Costs
15 pursuant to Civil Local Rule 16.7 also shall be heard on June 28, 1999.

16 [4] The Court hereby clarifies that its intention in certifying this case for immediate
17 appeal to the United States Court of Appeals to the Ninth Circuit, as set forth in the Order and
18 Judgment entered June 20, 1999, is to place before that Court all issues relevant to the Court's
19 ruling on the parties' cross-motions for summary judgment, as well as this Court's earlier
20 dismissal by Order entered October 15, 1997 of the Religious Freedom Restoration Act
21 ("RFRA") affirmative defense and counterclaim. *The Court believes that it*
22 *would serve the interests of justice, and those of judicial economy*
23 *for all of the appeals currently pending from its pre-trial decisions*

Dated: 5/28/99

_____
UNITED STATES DISTRICT JUDGE

*to be decided at the same time,*
*and as expeditiously as possible.*
*The court has considered defendants*
*objections to the proposed order*
*and does not deem them meritorious*
*herewith. To the extent that*
*they are meritorious they are*
*rejected SC*

Submitted by:
MUNGER, TOLLES & OLSON LLP

By: _____
Mark B. Helm

Attorneys for Defendant
Philadelphia Church of God, Inc.

[553620.1]

- 1 -

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071.

On May 26, 1999, I served upon the interested party(ies) in this action the foregoing document(s) described as:

[REVISED PROPOSED] ORDER FOLLOWING TELEPHONIC HEARING

[✓]  By placing ___ the original ✓ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Allan Browne, Esq.<br>Browne & Woods LLP<br>450 North Roxbury Drive, Seventh Floor<br>Beverly Hills, CA 90210-4231<br>Tel: 310-274-7100<br>Fax: 310-275-5697 | Ralph K. Helge, Esq.<br>440 West Green Street<br>Pasadena, CA 91105<br>Tel: 626-304-4000<br>Fax: 626-440-1795 |

[✓]  **BY MAIL** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]  **BY FEDEX** I caused such envelope(s) to be placed for FedEx collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[✓]  **BY FACSIMILE** I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]  **BY PERSONAL SERVICE** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP § 1011.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 26, 1999, at Los Angeles, California.

*Kathi Basso* (signature)
Kathi Basso

[519013.1]                                                                 - 1 -