| | |
|---|---|
| 1 | MARK B. HELM (State Bar No. 115711) |
| | MUNGER, TOLLES & OLSON LLP |
| 2 | 355 South Grand Avenue |
| | Thirty-Fifth Floor |
| 3 | Los Angeles, CA 90071-1560 |
| | (213) 683-9100 |
| 4 | |
| 5 | KELLY M. KLAUS (State Bar No. 161091) |
| | MUNGER, TOLLES & OLSON LLP |
| 6 | 33 New Montgomery Tower |
| | Nineteenth Floor |
| 7 | San Francisco, CA 94105-9781 |
| | (415) 512-4000 |
| 8 | Attorneys for Defendant |
| | PHILADELPHIA CHURCH OF GOD, INC. |

SEND
ENT - Closed

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL 21 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WORLDWIDE CHURCH OF GOD, | | CASE NO. CV 97-5306-JSL |
| Plaintiff, | | [~~PROPOSED~~] JUDGMENT ON COMPLAINT |
| vs. | | |
| PHILADELPHIA CHURCH OF GOD, INC., | | |
| Defendant. | | |

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 23 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Judgment is hereby entered under Federal Rule of Procedure 54(b) in favor of defendant Philadelphia Church of God, Inc. on plaintiff Worldwide Church of God's complaint herein, and plaintiff shall take nothing by way of its complaint. ~~Defendant is further awarded its costs in the amount of $6,166.90.~~ SL This matter will be considered upon renewed motion in September or later. SL

Dated: 7/21/99

_____
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

✓ DOCKETED
send MLD COPY PTYS
✓ MLD NOTICE PTYS
NO JS-6

JUL 23 1999

224

Presented at Court's request by:

MUNGER, TOLLES & OLSON LLP

By: /s/ Mark B. Helm
Mark B. Helm

Attorneys for Defendant
Philadelphia Church of God, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 764 E. 10th Street, Suite C, Los Angeles, California 90021.

On July 21, 1999, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**[PROPOSED] JUDGMENT ON COMPLAINT**

[✓]  By placing ___ the original ✓ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Benjamin D. Scheiber, Esq. | Ralph K. Helge, Esq. |
| Browne & Woods LLP | 440 West Green Street |
| 450 North Roxbury Drive, Seventh Floor | Pasadena, CA 91105 |
| Beverly Hills, CA 90210-4231 | Tel: (626) 304-4000 |
| Tel: 310-274-7100 | Fax: (626) 440-1795 |
| Fax: 310-275-5697 | |

[ ]  **BY MAIL** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]  **BY FEDEX** I caused such envelope(s) to be placed for FedEx collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ]  **BY FACSIMILE** I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[✓]  **BY PERSONAL SERVICE** I personally delivered such envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 21, 1999, at Los Angeles, California.

_Thomas Peacl_  
[PRINT NAME]

_[signature]_  
[SIGNATURE]  
QUIK RESPONSE

567527.1

- 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Ralph K. Helge, Esq. | Benjamin D. Scheiber, Esq. |
| 3 | 440 West Green Street<br>Pasadena, CA 91105 | Browne & Woods LLP<br>450 North Roxbury Drive, Seventh Floor |
| 4 | Tel: 626-304-4000<br>Fax: 626-440-1795 | Beverly Hills, CA 90210-4231<br>Tel: 310-274-7100 |
| | | Fax: 310-275-5697 |

567527.1

- 3 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071.

On July 21, 1999, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**[PROPOSED] JUDGMENT ON COMPLAINT**

[✓]   By placing ___ the original ✓ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| Ralph K. Helge, Esq. | Benjamin D. Scheiber, Esq. |
|---|---|
| 440 West Green Street | Browne & Woods LLP |
| Pasadena, CA 91105 | 450 North Roxbury Drive, Seventh Floor |
| Tel: 626-304-4000 | Beverly Hills, CA 90210-4231 |
| Fax: 626-440-1795 | Tel: 310-274-7100 |
| | Fax: 310-275-5697 |

[ ]   **BY MAIL** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]   **BY FEDEX** I caused such envelope(s) to be placed for FedEx collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[✓]   **BY FACSIMILE** I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]   **BY PERSONAL SERVICE** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP § 1011.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 21, 1999, at Los Angeles, California.

Julia A. North

567527.1

- 2 -