MARK B. HELM (State Bar No. 115711)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
(213) 683-9100

KELLY M. KLAUS (State Bar No. 161091)
MUNGER, TOLLES & OLSON LLP
33 New Montgomery Tower
Nineteenth Floor
San Francisco, CA  94105-9781
(415) 512-4000

Attorneys for Defendant
PHILADELPHIA CHURCH OF GOD, INC.

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

WORLDWIDE CHURCH OF GOD,

                    Plaintiff,

          vs.

PHILADELPHIA CHURCH OF GOD, INC.,

                    Defendant.

CASE NO. CV 97-5306-JSL

[REVISED PROPOSED] JUDGMENT
AWARDING DEFENDANT
PHILADELPHIA CHURCH OF GOD,
INC. ATTORNEYS' FEES AND COSTS

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant

Philadelphia Church of God, Inc. is awarded $289,685.00 in attorneys' fees for its successful

defense against plaintiff Worldwide Church of God's complaint herein, and that defendant is

further awarded its costs in the amount of $6,166.90.

IT IS FURTHER ORDERED that execution of this judgment is hereby stayed

until ten days following the disposition by the United States Court of Appeals for the Ninth

Circuit of plaintiff's consolidated appeal from this Court's order of April 20, 1999, and its

judgment entered July 23, 1999, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure.

Dated: DEC 20 1999

UNITED STATES DISTRICT JUDGE

[603848.1]

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1 | Presented by:

2 | MUNGER, TOLLES & OLSON LLP

3 |

4 | By: _____

   | Mark B. Helm

5 |

   | Attorneys for Defendant
6 | Philadelphia Church of God, Inc.

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071.

On December 16, 1999, I served upon the interested party(ies) in this action the foregoing document(s) described as:

[REVISED PROPOSED] JUDGMENT AWARDING DEFENDANT PHILADELPHIA CHURCH OF GOD, INC. ATTORNEYS' FEES AND COSTS

[✓]    By placing ___ the original ✓ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Ralph K. Helge, Esq. | Benjamin D. Scheibe, Esq. |
| 440 West Green Street | Browne & Woods LLP |
| Pasadena, CA 91105 | 450 North Roxbury Drive, Seventh Floor |
| Tel: 626-304-4000 | Beverly Hills, CA 90210-4231 |
| Fax: 626-440-1795 | Tel: 310-274-7100 |
| | Fax: 310-275-5697 |

[✓]    **BY MAIL** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]    **BY FEDEX** I caused such envelope(s) to be placed for FedEx collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[✓]    **BY FACSIMILE** I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]    **BY PERSONAL SERVICE** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP § 1011.

[ ]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[519013.1]                                              - 1 -

1  [✓]   **(FEDERAL)**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2

3       Executed on December 16, 1999, at Los Angeles, California.

4                                              *Kathi Bass*

5                                              Kathi Basso

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28