JUDGMENT
=====================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 99-55850          *COSTS TAXED*
CT/AG#: CV-97-05306-JSL

WORLDWIDE CHURCH OF GOD, a California Corporation,

    Plaintiff-counter-defendant - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC., an Oklahoma Corporation

    Defendant-counter-claimant - Appellee


NO. 99-55934
CT/AG#: CV-97-05306-JSL

WORLDWIDE CHURCH OF GOD, a California Corporation

    Plaintiff - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation

    Defendant - Appellee


NO. 99-56005
CT/AG#: CV-97-05306-JSL

WORLDWIDE CHURCH OF GOD, a California Corporation,

    Plaintiff - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation,

    Defendant - Appellee

NO. 99-56489
CT/AG#: CV-97-05306-JSL-04

WORLDWIDE CHURCH OF GOD, a California Corporation,

    Plaintiff - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation,

    Defendant - Appellee

---------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that we REVERSE the judgment for Philadelphia Church of God, Inc. in Nos. 99-55934 and 99-56489, and the denial of Worldwide Church of God's motion for preliminary injunction in No. 99-55850, dismiss the appeal from the denial of Worldwide Church of God's motion for injunction pending appeal in No. 99-56005 as moot, and REMAND for entry of a preliminary injunction pending a trial of any damages and final adjudication. Costs on appeal to Worldwide Church of God. SO ORDERED.

Filed and entered        September 18, 2000

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 17 2000
by: _____
Deputy Clerk

FILED OCT 02 2000 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST NOV 17 2000
by: Deputy Clerk

COPY

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Worldwide Church of God v. Philadelphia Church of God   CA No. 99-55850

The Clerk is requested to tax the following costs against: Philadelphia Church of God

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | | ALLOWED To be completed by the clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 7 | 2901 | 12¢ | 2436.84 | | | | |
| Appellant's Brief | 20 | 79 | 7¢ | 110.60 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 20 | 45 | 12¢ | 108.00 | | | | |
| Other: Further Excerpts of | 7 | 59 | 7¢ | 28.91 | | | | |

Other: Further Excerpts of Record; Further Excerpts of Record Under Seal

TOTAL: $2,684.35   TOTAL: $

Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys Fees cannot be requested on this form.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less Circuit Rule 39-1.

I, Sylvia P. Lardiere, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _Sylvia P. Lardiere_

Name of Counsel (printed or typed) Sylvia P. Lardiere   Date: 7/29/00   Attorney for: Plaintiff

Date: 11/17/00

Costs are taxed in the amount of $2,684.35

Clerk of Court

By _____ Deputy Clerk

# WHITMONT
## Legal Copying, Inc.
*Specializing in Litigation Services*

P.O. Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

INVOICE NUMBER: **257416**
INVOICE DATE: 7/19/99
Job # 65368

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

Attn.: Janis Zaghian

DELIVERED TO:
Same

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503-055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 1,600 | Auto-Fed Copies | $112.00 |
| 21 | Velo Binds - 1" | 47.25 |

Pay total below

BILLED
JUL 22 1999
TO CLIENTS

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557

| | |
|---|---|
| Taxable Subtotal | 159.25 |
| Sales Tax | 13.14 |
| Non-Taxable Subtotal | 0.00 |
| Total Invoice Amount | **$172.39** |
| Terms | Net 15 Days |
| Due Date | 8/3/99 |



**WHITMONT Legal Copying, Inc.**
*Specializing in Litigation Services*

P.O. Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

INVOICE NUMBER: 257455
INVOICE DATE: 7/19/99
Job # 65369

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

Attn.: Janis Zaghian

DELIVERED TO:
Same

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503.055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 27,155 | Litigation Copies | $3,258.60 |
| 120 | Velo Binds - 1" | 270.00 |
| 819 | Tabs | 204.75 |
| 342 | Custom Tabs | 171.00 |

Pay total below

BILLED
JUL 22 1999
TO CLIENTS

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| Taxable Subtotal | 3,904.35 |
| Sales Tax | 322.11 |
| Non-Taxable Subtotal | 0.00 |
| Total Invoice Amount | **$4,226.46** |
| Terms | Net 15 Days |
| Due Date | 8/3/99 |

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557



# IKON Office Solutions

## Document Services

Phone: (310) 553-2679   Fax: (310) 553-0306
Federal ID #: 230334400

**TERMS: net 10**

**INVOICE**

| | |
|---|---|
| Invoice # | CEN514238 |
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090288 |

**SOLD TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/28/1999 | SUNNY | 2503-055. | House Account |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | B Litigation Copy | 610 | 0.120 | 73.20 |
| 606 | Velo Punch & Bind 11" | 24 | 2.500 | 60.00 |

Use B&W CC

**BILLED**

**OCT 12 1999**

**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 133.20 |
| Sales Tax: | 10.99 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **144.19** |

Received and approved by: _____   Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

| Amount Enclosed |
|---|
| $ |

Invoice CEN514238
Invoice Date 09/29/1999
Customer # CEN-BRWN
Order # 99090288

PAY THIS AMOUNT: 144.19

08:09:02   09/29/1999



**IKON Office Solutions**

# Document Services

Phone: (310) 553-2679  Fax: (310) 553-0306
Federal ID #: 230334400

**TERMS: net 10**

| Invoice # | CEN514240 |
|---|---|
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090298 |

**SOLD TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/29/1999 | SUNNY | 2503-055 | House Account |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 565 | Autofeed | 967 | 0.070 | 67.69 |
| 606 | Velo Punch & Bind 11" | 22 | 2.500 | 55.00 |
| 607 | Velo Rebind 11" | 24 | 1.500 | 36.00 |

Use B&W cc

**BILLED**

**OCT 12 1999**

**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 158.69 |
|---|---|
| Sales Tax: | 13.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **171.78** |

Received and approved by: _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

Amount Enclosed
$ _____

| Invoice | CEN514240 |
|---|---|
| Invoice Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090298 |

PAY THIS AMOUNT  171.78

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

15:10:49  09/29/1999

# WHITMONT
## Legal Copying, Inc.
*Specializing in Litigation Services*

INVOICE NUMBER: **257416**
INVOICE DATE: 7/19/99
Job # 65368

P.O. Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

Attn.: Janis Zaghian

DELIVERED TO:
Same

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503-055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 1,600 | Auto-Fed Copies | $112.00 |
| 21 | Velo Binds - 1" | 47.25 |

Pay total below

BILLED
JUL 2 2 1999
TO CLIENT

PLEASE PAY FROM THIS INVOICE

Taxable Subtotal   159.25
Sales Tax           13.14
Non-Taxable Subtotal  0.00

Total Invoice Amount  **$172.39**

Terms        Net 15 Days
Due Date     8/3/99

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557



WHITMONT Legal Copying, Inc.

Specializing in Litigation Services

P.O Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

INVOICE NUMBER: 257455

INVOICE DATE: 7/19/99

Job # 65369

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

DELIVERED TO:
Same

Attn.: Janis Zaghian

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503.055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 27,155 | Litigation Copies | $3,258.60 |
| 120 | Velo Binds - 1" | 270.00 |
| 819 | Tabs | 204.75 |
| 342 | Custom Tabs | 171.00 |

Pay total below

ok [handwritten initials]

BILLED
JUL 22 1999
TO CLIENTS

*PLEASE PAY FROM THIS INVOICE*

| | |
|---|---|
| Taxable Subtotal | 3,904.35 |
| Sales Tax | 322.11 |
| Non-Taxable Subtotal | 0.00 |
| Total Invoice Amount | **$4,226.46** |
| Terms | Net 15 Days |
| Due Date | 8/3/99 |

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

# IKON Office Solutions

## Document Services

Phone: (310) 553-2679    Fax: (310) 553-0306
Federal ID #: 230334400

**TERMS: net 10**

**INVOICE**    Page 1

| | |
|---|---|
| Invoice # | CEN514238 |
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090288 |

**SOLD TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/28/1999 | SUNNY | 2503-055. | House Account |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | B Litigation Copy | 610 | 0.120 | 73.20 |
| 606 | Velo Punch & Bind 11" | 24 | 2.500 | 60.00 |

Use B&W CC

**BILLED**

**OCT 12 1999**

**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 133.20 |
| Sales Tax: | 10.99 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **144.19** |

Received and approved by: _____    Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

**Amount Enclosed**
$ _____

**Invoice** CEN514238
Invoice Date    09/29/1999
Customer #    CEN-BRWN
Order #    99090288

**PAY THIS AMOUNT** 144.19

08:09:02  09/29/1999



# IKON Office Solutions

## Document Services

Phone: (310) 553-2679  Fax: (310) 553-0306
Federal ID #: 230334400

**TERMS: net 10**

| Invoice # | CEN514240 |
|---|---|
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090298 |

**SOLD TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/29/1999 | SUNNY | 2503-055 | House Account |

| Reference 2 | | Reference 3 | |
|---|---|---|---|
| | | | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 565 | Autofeed | 967 | 0.070 | 67.69 |
| 606 | Velo Punch & Bind 11" | 22 | 2.500 | 55.00 |
| 607 | Velo Rebind 11" | 24 | 1.500 | 36.00 |

Use B&W cc

**BILLED**
**OCT 12 1999**
**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 158.69 |
|---|---|
| Sales Tax: | 13.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **171.78** |

Received and approved by: _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**Amount Enclosed**
$ _____

| Invoice | CEN514240 |
|---|---|
| Invoice Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090298 |

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

**PAY THIS AMOUNT:** 171.78

15:10:49   09/29/1999



**WHITMONT Legal Copying, Inc.**
*Specializing in Litigation Services*

P.O. Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

INVOICE NUMBER: **257416**
INVOICE DATE: 7/19/99
Job # 65368

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

Attn.: Janis Zaghian

DELIVERED TO:
Same

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503-055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE | |
|---|---|---|---|
| 1,600 | Auto-Fed Copies | $112.00 | Pay total below |
| 21 | Velo Binds - 1" | 47.25 | |

BILLED
JUL 2 2 1999
TO CLIENTS

PLEASE PAY FROM THIS INVOICE

Taxable Subtotal    159.25
Sales Tax            13.14
Non-Taxable Subtotal  0.00

Total Invoice Amount   **$172.39**

Terms        Net 15 Days
Due Date      8/3/99

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557



WHITMONT Legal Copying, Inc.

*Specializing in Litigation Services*

P.O. Box 71129
Los Angeles, CA 90071-0129
310.201.2144 Century City
213.955.5956 Downtown L.A.
714.979.2177 Orange County
206.386.5820 Seattle

INVOICE NUMBER: 257455
INVOICE DATE: 7/19/99
Job # 65369

SOLD TO:
Browne & Woods
450 N. Roxbury
7th Floor
Beverly Hills, CA 90210

DELIVERED TO:
Same

Attn.: Janis Zaghian

| ACCT. EXEC. | REFERENCE NO. / P.O. NO. | CONTACT NAME | ORDER DATE |
|---|---|---|---|
| Richard F. | 2503.055 | Janis Zaghian | 7/17/99 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 27,155 | Litigation Copies | $3,258.60 |
| 120 | Velo Binds - 1" | 270.00 |
| 819 | Tabs | 204.75 |
| 342 | Custom Tabs | 171.00 |

Pay total below

ok [handwritten initials]

BILLED
JUL 22 1999
TO CLIENTS

*PLEASE PAY FROM THIS INVOICE*

| | |
|---|---|
| Taxable Subtotal | 3,904.35 |
| Sales Tax | 322.11 |
| Non-Taxable Subtotal | 0.00 |
| Total Invoice Amount | $4,226.46 |
| Terms | Net 15 Days |
| Due Date | 8/3/99 |

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

Federal Tax Identification Number: 95-3648557

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE



# IKON Office Solutions

## Document Services

Phone:(310) 553-2679  Fax:(310) 553-0306
Federal ID #:230334400

**TERMS: net 10**

| | |
|---|---|
| Invoice # | CEN514238 |
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090288 |

**SOLD TO:**
BROWNE & WOODS
450 N.ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N.ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/28/1999 | SUNNY | 2503-055. | House Account |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | B Litigation Copy | 610 | 0.120 | 73.20 |
| 606 | Velo Punch & Bind 11" | 24 | 2.500 | 60.00 |

Use B&W cc

**BILLED**

**OCT 12 1999**

**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 133.20 |
| Sales Tax: | 10.99 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **144.19** |

Received and approved by: _____ Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
BROWNE & WOODS
450 N.ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**Amount Enclosed**
$ _____

**Invoice   CEN514238**
Invoice Date   09/29/1999
Customer #   CEN-BRWN
Order #   99090288

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

**PAY THIS AMOUNT:   144.19**

08:09:02   09/29/1999



# IKON Office Solutions

## Document Services

Phone: (310) 553-2679  Fax: (310) 553-0306
Federal ID #: 230334400

**TERMS: net 10**

| | |
|---|---|
| Invoice # | CEN514240 |
| Invoice Date | 09/29/1999 |
| Due Date | 09/29/1999 |
| Customer # | CEN-BRWN |
| Order # | 99090298 |

**SOLD TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

**SHIP TO:**
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/29/1999 | SUNNY | 2503-055 | House Account |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 565 | Autofeed | 967 | 0.070 | 67.69 |
| 606 | Velo Punch & Bind 11" | 22 | 2.500 | 55.00 |
| 607 | Velo Rebind 11" | 24 | 1.500 | 36.00 |

Use B&W cc

**BILLED**
**OCT 12 1999**
**TO CLIENTS**

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 158.69 |
| Sales Tax: | 13.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **171.78** |

Received and approved by: _____  Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
BROWNE & WOODS
450 N. ROXBURY DR.
SUITE 700
BEVERLY HILLS, CA 90210

Amount Enclosed $ _____

Invoice: CEN514240
Invoice Date: 09/29/1999
Customer #: CEN-BRWN
Order #: 99090298

Please Remit to:
IKON DOCUMENT SERVICES
DEPARTMENT 60355
EL MONTE, CA 91735-

PAY THIS AMOUNT: 171.78

15:10:49  09/29/1999

99-56978, 00-55174

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 450 North Roxbury Drive, 7th Floor, Beverly Hills, California 90210.

On September 29, 2000, I served the foregoing document described as **PLAINTIFF/ APPELLANT WORLDWIDE CHURCH OF GOD'S BILL OF COSTS** on the parties in this action by serving:

| | |
|---|---|
| Mark B. Helm, Esq. | Kelly Klaus, Esq. |
| Munger, Tolles & Olson | Munger, Tolles & Olson LLP |
| 355 South Grand Avenue, 35th Floor | 33 New Montgomery Tower, 19th Fl. |
| Los Angeles, CA 90071-1560 | San Francisco, CA 94105-9781 |
| Facsimile: (213) 687-3702 | Facsimile: (415) 512-4077 |

**(X) By Envelope** - by placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**(X) By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 29, 2000, at Beverly Hills, California.

(X)   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Joy Oates

INTERNAL USE ONLY: Proceedings include all events.
99-55850 Worldwide Church of v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California Corporation,<br>    Plaintiff-counter-defendant - Appellant | Allan Browne, Esq.<br>213/274-7100<br>[COR LD NTC ret]<br>BROWNE & WOODS<br>450 N. Roxbury Dr.<br>7th Floor<br>Beverly Hills, CA 90210<br><br>Sylvia P. Lardiere, Esq.<br>310-274-7100<br>Seventh Floor<br>[COR LD NTC ret]<br>BROWNE AND WOODS, LLP<br>450 North Roxbury Drive<br>Beverly Hills, CA 90210-4231<br><br>Ralph K. Helge, Esq.<br>626-304-4000<br>[COR LD NTC ret]<br>440 West Green Street<br>Pasadena, CA 91105 |
| v. | |
| PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation,<br>    Defendant-counter-claimant - Appellee | Mark Helm, Esq.<br>[COR LD NTC ret]<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br><br>Kelly M. Klaus, Esq.<br>415-512-4000<br>19th Floor<br>[COR LD NTC ret]<br>MUNGER, TOLLES AND OLSON<br>33 New Montgomery Tower<br>San Francisco, CA 94105-9781<br><br>Marc Edwards, Esq.<br>405-235-4100<br>[COR LD NTC ret]<br>PHILLIPS, McFALL, McCAFFREY, McVAY AND MURRAH<br>211 North Robinson Avenue<br>Oklahoma City, OK 93102 |

INTERNAL USE ONLY: Proceedings include all events.
99-55934 Worldwide Church of v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a<br>California Corporation<br>    Plaintiff - Appellant | Allan Browne, Esq.<br>213/274-7100<br>[COR LD NTC ret]<br>BROWNE & WOODS<br>450 N. Roxbury Dr.<br>7th Floor<br>Beverly Hills, CA 90210 |
| v. | |
| PHILADELPHIA CHURCH OF GOD,<br>INC.,, an Oklahoma Corporation<br>    Defendant - Appellee | Mark Helm, Esq.<br>[COR LD NTC ret]<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 |

INTERNAL USE ONLY: Proceedings include all events.
99-56005 Worldwide Church of v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California Corporation,<br>    Plaintiff - Appellant | Allan Browne, Esq.<br>213/274-7100<br>[COR LD NTC ret]<br>BROWNE & WOODS<br>450 N. Roxbury Dr.<br>7th Floor<br>Beverly Hills, CA 90210<br><br>Sylvia P. Lardiere, Esq.<br>310-274-7100<br>Seventh Floor<br>[COR LD NTC ret]<br>BROWNE AND WOODS, LLP<br>450 North Roxbury Drive<br>Beverly Hills, CA 90210-4231<br><br>Ralph K. Helge, Esq.<br>626-304-4000<br>[COR LD NTC ret]<br>440 West Green Street<br>Pasadena, CA 91105 |
| v. | |
| PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation,<br>    Defendant - Appellee | Mark Helm, Esq.<br>[COR LD NTC ret]<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br><br>Kelly M. Klaus, Esq.<br>415-512-4000<br>19th Floor<br>[COR LD NTC ret]<br>MUNGER, TOLLES AND OLSON<br>33 New Montgomery Tower<br>San Francisco, CA 94105-9781 |

INTERNAL USE ONLY: Proceedings include all events.
99-56489 Worldwide Church of v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California Corporation, <br>   Plaintiff - Appellant | Allan Browne, Esq. <br> 213/274-7100 <br> [COR LD NTC ret] <br> BROWNE & WOODS <br> 450 N. Roxbury Dr. <br> 7th Floor <br> Beverly Hills, CA 90210 <br><br> Sylvia P. Lardiere, Esq. <br> 310-274-7100 <br> Seventh Floor <br> [COR LD NTC ret] <br> BROWNE AND WOODS, LLP <br> 450 North Roxbury Drive <br> Beverly Hills, CA 90210-4231 <br><br> Ralph K. Helge, Esq. <br> 626-304-4000 <br> [COR LD NTC ret] <br> 440 West Green Street <br> Pasadena, CA 91105 |
| v. | |
| PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation, <br>   Defendant - Appellee | Mark Helm, Esq. <br> [COR LD NTC ret] <br> MUNGER, TOLLES & OLSON <br> 355 South Grand Avenue <br> 35th Floor <br> Los Angeles, CA 90071-1560 <br><br> Kelly M. Klaus, Esq. <br> 415-512-4000 <br> 19th Floor <br> [COR LD NTC ret] <br> MUNGER, TOLLES AND OLSON <br> 33 New Montgomery Tower <br> San Francisco, CA 94105-9781 |