SEND

CA
# 99-55850
99-55934
99-56005
99-56489

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Civil Minutes - Appeals

Case No. CV 97-5306-JSL    Date Dec 8 2000

Title Worldwide Church of God -v- Philadelphia Church of God

PRESENT: THE HON. __J. SPENCER LETTS__, JUDGE

Nancy J. Webb             N/P
Deputy Clerk              Court Reporter

ATTORNEYS FOR PLAINTIFF          ATTORNEYS FOR DEFENDANT

1) N/P                            1) N/P

2)                                2)

3)                                3)

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEAL.

☐ IN COURT    ☒ IN CHAMBERS (No hearing necessary)    ☐ COUNSEL NOTIFIED

THE COURT ORDERS that the mandate of the Ninth Circuit Court of Appeals:

☐ Affirming    ☐ Remanding    ☐ Reversing and Remanding

☐ Affirming in part, reversing in part    ☐ Dismissing Appeal

☒ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of $ 2,684.35 on Nov, 17, 2000.

☒ Other The Court sets the trial re Damages on Calendar Feb. 6, 2001 9 AM

is hereby filed and spread upon the minutes of this U.S. District Court.

(ENTERED _____)

☒ MAKE JS-5

ENTERED ON ICMS
DEC 12 2000
CV

DEC 12 2000

Initials of Deputy Clerk  N

CV -48 (4/86)              CIVIL MINUTES - APPEALS              266