UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



In the Matter of the Transfer of Cases )
from the Calendar )
 )                    ORDER OF THE CHIEF JUDGE
of )
 )                    CV 97-5306-JSL (CWx)
Judge J. Spencer Letts )
_____)              01-C21

 

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge J. Spencer Letts to the calendar of Judge Christina A. Snyder for all further proceedings:

| Case Number | Case Name |
|---|---|
| CV 97-5306-JSL(CWx) | Worldwide Church of God v. Philadelphia Church |
| CV 99-7420-JSL(AIJx) | American First Run v. William F. Cooke |
| CV 00-6387-JSL(SGL) | Judd C. Eisenberg v. C.A. Terhune |
| CV 00-7584-JSL((Ex) | Jim Alvarez v. City of Los Angeles |
| CV 00-10141-JSL(CW) | Ronald Lee Goof v. Diane K. Butler |
| CV 00-10469-JSL(RCx) | Leroy McCray v. Union Pacific RR Co. |
| CV 00-11827-JSL(CW) | Gilbert Alvarado v. Larry Small |

DATED: January 19, 2001

_____
Chief Judge Terry J. Hatter, Jr.

ENTERED ON ICMS 1/24/01