Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

January 29, 2001

Case No.   CV 97-5306-CAS: WORLDWIDE CHURCH OF GOD -V- PHILADELPHIA CHURCH

PRESIDING:   HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Maynor R. Galvez | LAURA ELIAS |
|---|---|
| Deputy Clerk | Court Reporter |

PLAINTIFF COUNSEL PRESENT:
ALLAN BROWNE
BENJAMIN D. SCHEIBE

DEFENDANT COUNSEL PRESENT:
MARK HELM
KELLY M. KLAUS

PROCEEDINGS: STATUS CONFERENCE RE TRANSFER IN, AND PENDING PRELIMINARY INJUNCTION

Telephonic status conference was held. Counsel informed the court of the pending writ of certiori. The Court sets a further status conference on the issue of the pending preliminary injunction on February 7, 2001 at 12:00 p.m. Pending the hearing on February 7, 2001, the selling or distribution of books is prohibited.

IT IS SO ORDERED.

ENTERED ON ICMS
FEB -9 2001

MINUTES FORM 11(a)
CIVIL GENERAL

CLERK'S INITIALS: