THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Priority ✓
Send ✓
Enter ✓
Closed ―
JS-5/JS-6 ―
JS-2/JS-3 ―
Scan Only ―

FILED
CLERK, U S DISTRICT COURT
MAR 7 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR -7 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA CHURCH OF GOD, INC., an Oklahoma corporation,<br><br>Defendant. | Case No. CV 97-05306 CAS<br><br>**PRELIMINARY INJUNCTION**<br><br>✓ Docketed<br>✓ Copies / NTC Sent<br>N JS - 5 / JS - 6<br>― JS - 2 / JS - 3<br>― CLSD |

The application of plaintiff Worldwide Church of God for Preliminary Injunction is granted.

On proof made to the Court's satisfaction, and good cause appearing therefore:

IT IS HEREBY ORDERED that, during the pendency of this action, defendant Philadelphia Church of God, its officers, agents, servants, employees, and representatives and all persons acting in concert or participating with it or them, are enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:



ENTERED ON ICMS
MAR -7 2001

97-05306.Preliminary Injunction

1

MAR 07 2001
CV

284

Printing or otherwise reproducing, distributing, marketing, advertising, selling, promoting, exploiting, licensing, or causing or authorizing the printing or other reproduction, sale, distribution, exploitation, licensing, marketing, advertising, or promotion of that book entitled *Mystery of the Ages*, any version thereof, any chapter or chapters thereof (whether reproduced or distributed at once or over time), or any derivative work, in any language, based thereon; provided, however, that defendant may use selected excerpts of *Mystery of the Ages* consistent with the fair use doctrine.

IT IS FURTHER ORDERED that, during the pendency of this action, defendant Philadelphia Church of God, its officers, agents, servants, employees, and representatives, and all persons acting in concert or participating with it or them, are required and ordered to:

1. Deliver as soon as reasonably practical to a neutral third party jointly selected by the parties for safekeeping pending further order of this Court all copies, in whatever form, of any infringing edition of the book entitled *Mystery of the Ages*, all versions thereof, and all derivative works, in any language, based thereon, printed by or at the direction of PCG in whole or in part within the United States, with instruction that no person shall be granted access to these materials absent the written consent of counsel for both parties or order of the Court. The reasonable cost of this storage shall be borne by defendant.

2. Provide, within the same time period, a declaration under penalty of perjury from a PCG officer stating the number of copies of *Mystery of the Ages* (including all versions thereof, in any language) printed or reproduced within the United States by PCG, or at its direction or on its behalf, the number of copies remaining in inventory, the number of copies distributed, and the number of copies delivered to storage as set forth in ¶ 1 hereof.

3. Retain, and refrain from destroying or otherwise disposing of, any and all documents which refer to, discuss, or relate to any monetary contributions,

donations, offering, tithes, or other monies received by it or its affiliates from any person or entity to which defendant mailed or delivered a copy of any infringing edition of the book entitled *Mystery of the Ages*, any version thereof, or any derivative work, in any language, based thereon.

The Court reserves jurisdiction to modify this injunction as the ends of justice may require.

Dated: March 7, 2001

*Christina A. Snyder*
Christina A. Snyder
United States District Judge