JUDGMENT

================================================================================

```
                                UNITED STATES COURT OF APPEALS
        ___ Priority               FOR THE NINTH CIRCUIT
         X  Send
         X  Clsd                   --------------
        ___ Enter
        ___ JS-5/JS-6              NO. 99-56978
        ___ JS-2/JS-3              CT/AG#: CV-97-05306-JSL
```

WORLDWIDE CHURCH OF GOD

    Plaintiff-counter-defendant - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC.

    Defendant-counter-claimant - Appellee

NO. 00-55174
CT/AG#: CV-97-05306-JSL

WORLDWIDE CHURCH OF GOD, a California corporation

    Plaintiff - Appellant

v.

PHILADELPHIA CHURCH OF GOD, INC., an Oklahoma corporation

    Defendant - Appellee

--------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles



✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

ENTERED ON ICMS
APR 2 4 2001
CV    311

and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is REVERSED.

Filed and entered        February 16, 2001

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 1 2 2001
by
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 16 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD,<br><br>Plaintiff-counter-defendant-Appellant,<br><br>v.<br><br>PHILADELPHIA CHURCH OF GOD, INC.,<br><br>Defendant-counter-claimant-Appellee. | Nos. 99-56978<br>00-55174<br><br>DC# CV-97-5306-JSL<br>Central California<br><br>ORDER |



Before: LEAVY, THOMAS and RAWLINSON, Circuit Judges

Appellant's opposed motion for summary reversal of the district court's December 15, 1999, judgment awarding appellee attorneys' fees and costs is granted. *See California Medical Ass'n v. Shalala*, 207 F.3d 575, 579 (9th Cir. 2000).

The judgment is **REVERSED.**

S:\MOATT\Panelord\2.12.01\nt3\99-56978.wpd

INTERNAL USE ONLY: Proceedings include all events.
99-56978 Worldwide Church v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California Corporation, Plaintiff-counter-defendant - Appellant | Allan Browne, Esq. 213/274-7100 [COR LD NTC ret] BROWNE & WOODS 450 N. Roxbury Dr. 7th Floor Beverly Hills, CA 90210 |
| | Sylvia P. Lardiere, Esq. 310-274-7100 Seventh Floor [COR LD NTC ret] BROWNE AND WOODS, LLP 450 North Roxbury Drive Beverly Hills, CA 90210-4231 |
| | Ralph K. Helge, Esq. 626-304-4000 [COR LD NTC ret] 440 West Green Street Pasadena, CA 91105 |
| v. | |
| PHILADELPHIA CHURCH OF GOD, INC.,, an Oklahoma Corporation, Defendant-counter-claimant - Appellee | Mark Helm, Esq. [COR LD NTC ret] MUNGER, TOLLES & OLSON 355 South Grand Avenue 35th Floor Los Angeles, CA 90071-1560 |
| | Kelly M. Klaus, Esq. 415-512-4000 19th Floor [COR LD NTC ret] MUNGER, TOLLES AND OLSON 33 New Montgomery Tower San Francisco, CA 94105-9781 |

Docket as of January 18, 2001 11:10 pm                              Page 3       NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
00-55174 Worldwide Church of v. Philadelphia Church

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a<br>California corporation<br>    Plaintiff - Appellant | Allan Browne, Esq.<br>213/274-7100<br>[COR LD NTC ret]<br>BROWNE & WOODS<br>450 N. Roxbury Dr.<br>7th Floor<br>Beverly Hills, CA 90210<br><br>Ralph K. Helge, Esq.<br>626-304-4000<br>[COR LD NTC ret]<br>440 West Green Street<br>Pasadena, CA 91105 |
| v. | |
| PHILADELPHIA CHURCH OF GOD,<br>INC.,, an Oklahoma corporation<br>    Defendant - Appellee | Mark Helm, Esq.<br>[COR LD NTC ret]<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br><br>Kelly M. Klaus, Esq.<br>415-512-4000<br>19th Floor<br>[COR LD NTC ret]<br>MUNGER, TOLLES AND OLSON<br>33 New Montgomery Tower<br>San Francisco, CA 94105-9781 |