UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES -- GENERAL

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. CV 97-5306-CAS(CWx)                          Date: July 24, 2001

Title: Worldwide Church of God v. Philadelphia Church of God, Inc.
================================================================
DOCKET ENTRY

================================================================
PRESENT:  **HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE**

     Janet Argarin                     01-37/01-38
     Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Miles J. Feldman                Kelly M. Klaus

**PROCEEDINGS: Defendant's Motion to Compel Production of Documents**

     Defendant's motion is **GRANTED IN PART and DENIED IN PART** as follows:

     Request No. 9 (Documents re WCG marketing efforts) - No production required. For discovery purposes, the question of how the works at issue are used for marketing has some relevance to the fair use analysis as reflected in the Ninth Circuit's decision. However, this request is overbroad. Relevant documents covered by this request are the subject of Request No. 2 (documents regarding WCG's use of the Exhibit A works), as to which WCG has agreed to produce documents for the period 1986 to date.

     Request No. 10 (Documents describing instances where distribution of literature by PCG had effect on WCG marketing) - Responsive documents regarding Exhibit A works are to be produced. Limited to the works at issue, this request is relevant to the fair use analysis. Privacy concerns can be addressed by redaction of individual identity information. Attorney-client or work-product privileges can be asserted to particular documents where appropriate.

     Request No. 12 (Documents regarding total amount of contributions, tithes, and moneys received) - Documents sufficient to

**MINUTES FORM 11**
**CIVIL-GEN**



Initials of Deputy Clerk ___

343

```
Case No. CV 97-5306-CAS(CWx)
Title: Worldwide Church of God v. Philadelphia Church of God, Inc.
Date: July 24, 2001 — Page 2
===========================================================================
```

show the totals of moneys received on an annual basis since 1986 are to be produced, subject to the protective order. For discovery purposes, these documents have some possible relevance to PCG's causation defense to WCG's infringer's profits claim. Although the relevance theory is somewhat marginal, production of documents sufficient to reflect total revenues is not burdensome. A broader production is not warranted. WCG's financial information is not relevant to the statutory damages theory.

Request No. 13 (Documents which analyze reasons for decline in revenues) - No production required. The relevance of such documents is marginal at best, and the request is unduly burdensome and intrusive.

Request No. 16 (Financial statements) - No production required. The documents are not relevant to any issue in the case.

All documents ordered produced are to be produced within fifteen days of this date.

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL-GEN