UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

December 3, 2001

Case No.   CV 97-5306-CAS: WORLDWIDE CHURCH OF GOD -V- PHILADELPHIA CHURCH

PRESIDING: HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

Maynor R. Galvez          Stephen Williams
Deputy Clerk              Court Reporter

PLAINTIFF COUNSEL PRESENT:    DEFENDANT COUNSEL PRESENT:
ALLAN BROWN                   KELLY M. KLAUS
MILES J. FELDMAN              MARK HELM
RALPH K. HELGE

PROCEEDINGS:   STATUS CONFERENCE RE SETTING TRIAL SCHEDULE

```
Trial schedule is set as follows:
Motion cut-off: July 15, 2002
Pretrial conference: September 9, 2002, at 11:30 a.m.
Jury trial: October 15, 2002 at 9:30 a.m.

As to discovery cut off, counsel shall file a proposed stipulation.

The Court returned to counsel the books lodged on November 6, 2001.

List of books returned to counsel:
6)   The missing dimension is set
2)   The Wonderful World Tomorrow
3)   Pagan Holidays or Gods Holy Days
4)   Which Day is the Christian Sabbath
5)   The Incredible Human Potential
```

**IT IS SO ORDERED.**

MINUTES FORM 11(a)                    CLERK'S INITIALS:
CIVIL GENERAL

ENTER ON ICMS

DEC 17 2001

372