Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

July 8, 2002

Case No.     CV 97-5306-CAS: WORLDWIDE CHURCH OF GOD -V- PHILADELPHIA
             CHURCH

PRESIDING: HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

Maynor R. Galvez                    Laura Elias
Deputy Clerk                        Court Reporter

PLAINTIFF COUNSEL PRESENT:          DEFENDANT COUNSEL PRESENT:
ALLAN BROWN                         KELLY M. KLAUS
MILES J. FELDMAN                    MARK HELM
RALPH K. HELGE                      ERIC J. LORENZINI

PROCEEDINGS:     PLAINTIFF'S MOTION TO CONTINUE TRIAL (FILED 6/17/02)

Plaintiff's motion to continue trial was argued. The Court granted the motion and continue the trial
schedule as follows:

Discovery cut-off: September 16, 2002
Motion filing cut-off: September 27, 2002
Pretrial conference: November 18, 2002, at 11:00 a.m.
Jury trial: December 3, 2002, at 9:30 a.m.

**IT IS SO ORDERED.**

MINUTES FORM 11(a)              CLERK'S INITIALS:
CIVIL GENERAL

ENTERED ON ICMS

JUL 29 2002

CV

381