1  BROWNE & WOODS LLP
   Allan Browne (State Bar No. 34923)
2  Miles J. Feldman (State Bar No. 173383)
   450 North Roxbury Drive, Seventh Floor
3  Beverly Hills, California 90210-4231
   (310) 274-7100
4
   RALPH K. HELGE, ESQ. (State Bar No. 31562)
5  300 West Green Street
   Pasadena, California 91123
6  (626) 304-4000

7  Attorneys For Plaintiff
   Worldwide Church of God
8
   MUNGER, TOLLES & OLSON LLP
9  Mark B. Helm (State Bar No. 115711)
   Kelly Klaus (State Bar No. 161091)
10 355 South Grand Avenue, 35th Floor
   Los Angeles, CA 90071-1560
11
   Attorneys for Defendant
12 Philadelphia Church of God, Inc.

FILED
CLERK, U.S DISTRICT COURT
FEB 10 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SCANNED
LODGED

Priority ___
Send     _X_
Enter    ___
Closed   ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA CHURCH OF GOD, INC., an Oklahoma corporation,<br><br>Defendant. | Case No. CV 97-5306-CAS<br>The Honorable Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR A FURTHER STAY OF ALL DATES AND DEADLINES TO FACILITATE ONGOING SETTLEMENT NEGOTIATIONS |

ENTER ON ICMS
FEB 11 2003

ORIGINAL

113660 1

1  The parties, through their respective attorneys of record, agree and stipulate as
2  follows:
3  WHEREAS, the parties remain engaged in serious settlement discussions that would
4  be greatly facilitated by a further stay of all dates and deadlines in the case for an additional
5  seven (7) days.
6  NOW THEREFORE:
7  This action is stayed in its entirety until February 13, 2003.
8  IT IS SO ORDERED.

Dated: 2/10/03

_Christina A. Snyder_
United States District Judge

Dated: February 6, 2003

BROWNE & WOODS LLP

RALPH K. HELGE, ESQ.

By _Miles J. Feldman_

Attorneys For Plaintiff
Worldwide Church of God

Dated: February 6, 2003

MUNGER TOLLES & OLSON LLP

By _Kelly Klaus_

Attorneys For Defendant
Philadelphia Church of God, Inc.

1190501

-2-