Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - <u>GENERAL</u>

December 18, 2002

Case No.   <u>CV 97-5306-CAS: WORLDWIDE CHURCH OF GOD -V- PHILADELPHIA CHURCH</u>

PRESIDING: HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Maynor R. Galvez | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| <u>PLAINTIFF COUNSEL PRESENT</u>: | <u>DEFENDANT COUNSEL PRESENT</u>: |
|---|---|
| MILES J. FELDMAN | ERIC LORENZINI |
| RALPH K. HELGE | MARK HELM |

PROCEEDINGS:   STATUS CONFERENCE

A status conference convened. Counsel informed the court that settlement talks have broken down and requested to be placed back on the calendar for trial. The court set Friday, March 7, 2003, at 2:30 p.m. for a trial setting conference.

**IT IS SO ORDERED.**

MINUTES FORM 11(a)         CLERK'S INITIALS:
CIVIL GENERAL



ENTER ON ICMS

MAR -4

542