1  BROWNE & WOODS LLP
   Allan Browne (State Bar No. 34923)
2  Miles J. Feldman (State Bar No. 173383)
   450 North Roxbury Drive, Seventh Floor
3  Beverly Hills, California 90210-4231
   (310) 274-7100
4
   RALPH K. HELGE, ESQ. (State Bar No. 31562)
5  300 West Green Street
   Pasadena, California 91123
6  (626) 304-4000

7  Attorneys For Plaintiff
   Worldwide Church of God
8
   MUNGER, TOLLES & OLSON LLP
9  Mark B. Helm (State Bar No. 115711)
   Kelly Klaus (State Bar No. 161091)
10 355 South Grand Avenue, 35th Floor
   Los Angeles, CA 90071-1560
11
   Attorneys for Defendant
12 Philadelphia Church of God, Inc.

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
04-09-03
APR - 9 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

17 WORLDWIDE CHURCH OF GOD, a        ) Case No. CV 97-5306-CAS
   California corporation,            ) The Honorable Christina A. Snyder
18                                    )
                Plaintiff,            ) [PROPOSED] ORDER AND
19                                    ) STIPULATION TO VACATE
         vs.                          ) PRELIMINARY INJUNCTION
20                                    ) ENTERED MARCH 7, 2001
   PHILADELPHIA CHURCH OF GOD, INC., an )
21 Oklahoma corporation,              )
                                      )
22              Defendant.            )
                                      )
23                                    )

ENTER ON ICMS
APR 10
543

115430.1

Plaintiff and counter-defendant Worldwide Church of God ("WCG") and defendant and counter-claimant Philadephia Church of God ("PCG"), through their counsel of record, agree and stipulate as follows:

WHEREAS, the Court on March 7, 2002, entered a preliminary injunction arising out of WCG's complaint in the above-entitled action; and

WHEREAS, WCG and PCG have entered into a Settlement Agreement, which completely resolves all claims in this lawsuit; and

WHEREAS, pursuant to the Settlement Agreement, WCG has agreed to stipulate to the dissolution with prejudice of the preliminary injunction;

NOW, THEREFORE, it is stipulated by and between the parties that the preliminary injunction entered March 7, 2001, and all prior versions of the same entered by minute order and/or in open hearing by the Court, are dissolved and vacated with prejudice.

**Order**

IT IS SO ORDERED.

Dated: April 8, 2003

_____
United States District Judge

Dated: March 17, 2003

BROWNE & WOODS LLP

RALPH K. HELGE, ESQ.

By _____
Miles J. Feldman

Attorneys For Plaintiff
Worldwide Church of God

115430.1

- 2 -

1  Dated: March 17, 2003          MUNGER TOLLES & OLSON LLP

   By _____
        Mark B. Helm

   Attorneys For Defendant
   Philadelphia Church of God, Inc.

115430.1

- 3 -

# PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On April 8, 2003, I served the foregoing document described as **[PROPOSED] ORDER AND STIPULATION TO VACATE PRELIMINARY INJUNCTION ENTERED MARCH 7, 2001** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Miles J. Feldman | Ralph K. Helge, Esq. |
| Browne & Woods LLP | 300 West Green Street |
| 450 North Roxbury Drive, 7th Floor | Pasadena, CA 91123 |
| Beverly Hills, CA 90210-4231 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2003, at Los Angeles, California.

_____
Marie S. Young