BROWNE & WOODS LLP
Allan Browne (State Bar No. 34923)
Miles J. Feldman (State Bar No. 173383)
450 North Roxbury Drive, Seventh Floor
Beverly Hills, California  90210-4231
(310) 274-7100

RALPH K. HELGE, ESQ. (State Bar No. 31562)
300 West Green Street
Pasadena, California 91123
(626) 304-4000

Attorneys For Plaintiff
Worldwide Church of God

MUNGER, TOLLES & OLSON LLP
Mark B. Helm (State Bar No. 115711)
Kelly Klaus (State Bar No. 161091)
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Attorneys for Defendant
Philadelphia Church of God, Inc.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED

2003 APR -8  PM 3:47

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WORLDWIDE CHURCH OF GOD, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>PHILADELPHIA CHURCH OF GOD, INC., an Oklahoma corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 97-5306-CAS<br>The Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM** |

ENTER ON ICMS

APR 1 0 2003

544

115429.1

1    IT IS HEREBY STIPULATED BY and between Worldwide Church of God ("WCG")

2    and Philadephia Church of God ("PCG") through their designated counsel of record that

3    WCG's complaint and PCG's counterclaim shall be and hereby are dismissed with prejudice

4    pursuant to F.R.C.P. 41(a)(2), with each party to bear their own costs and attorneys' fees.

5

6                                   <u>Order</u>

7

8        IT IS SO ORDERED.

9    Dated: April 8, 2003                      _____ for CAS
10                                              United States District Judge
11

12   Dated: March 17, 2003                     BROWNE & WOODS LLP

13                                             RALPH K. HELGE, ESQ.

14   By _____
15                                              Miles J. Feldman
16
                                               Attorneys For Plaintiff
17                                             Worldwide Church of God

18   Dated: March 17, 2003                     MUNGER TOLLES & OLSON LLP

19

20   By _____
                                               Mark B. Helm
21
                                               Attorneys For Defendant
22                                             Philadelphia Church of God, Inc.

23

24

25

26

27

28

115429 1

1

**PROOF OF SERVICE BY MAIL**

2          I am employed in the County of Los Angeles, State of California.  I am over the

3   age of 18 and not a party to the within action.  My business address is 355 South Grand Avenue,

4   Thirty-Fifth Floor, Los Angeles, California  90071-1560.

5          On April 8, 2003, I served the foregoing document described as **[PROPOSED]**

6   **ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT**

7   **AND COUNTERCLAIM** on the interested party in this action by placing a true copy thereof

8   enclosed in a sealed envelope addressed as follows:

9
           Miles J. Feldman                    Ralph K. Helge, Esq.
10         Browne & Woods LLP                  300 West Green Street
           450 North Roxbury Drive, 7th Floor  Pasadena, CA  91123
11         Beverly Hills, CA  90210-4231

12         I declare that I am employed in the office of a member of the bar of this court at

13   whose direction the service was made.

14         Executed on April 8, 2003, at Los Angeles, California.

15

16                                            _____
                                                       Marie S. Young
17

18

19

20

21

22

23

24

25

26

27

28