1  BROWNE & WOODS LLP
   Allan Browne (State Bar No. 34923)
2  Miles J. Feldman (State Bar No. 173383)
   450 North Roxbury Drive, Seventh Floor
3  Beverly Hills, California 90210-4231
   (310) 274-7100
4
   RALPH K. HELGE, ESQ. (State Bar No. 31562)
5  300 West Green Street
   Pasadena, California 91123
6  (626) 304-4000

7  Attorneys For Plaintiff
   Worldwide Church of God
8
   MUNGER, TOLLES & OLSON LLP
9  Mark B. Helm (State Bar No. 115711)
   Kelly Klaus (State Bar No. 161091)
10 Eric Lorenzini (State Bar No. 218433)
   355 South Grand Avenue, 35th Floor
11 Los Angeles, CA 90071-1560

12 Attorneys for Defendant
   Philadelphia Church of God, Inc.
13

14
                IN THE UNITED STATES DISTRICT COURT
15
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

17
   WORLDWIDE CHURCH OF GOD, a           )  Case No. CV 97-5306-CAS
18 California corporation,               )  The Honorable Christina A. Snyder
                                         )
19            Plaintiff,                 )  [PROPOSED] ORDER AND
                                         )  STIPULATION TO CONTINUE
20     vs.                               )  HEARING DATE FOR MOTION FOR
                                         )  CLARIFICATION OF
21 PHILADELPHIA CHURCH OF GOD, INC., an )   CONFIDENTIALITY STIPULATION
   Oklahoma corporation,                 )  AND ORDER
22                                       )
              Defendant.                 )
23                                       )
                                         )
24 _____ )

25

26

27

28

118320.1

1  Worldwide Church of God ("WCG") and Philadephia Church of God ("PCG") hereby
2  agree and stipulate to the entry of an Order to continue the hearing date for PCG's Motion
3  for Clarification of Confidentiality Stipulation and Order ("Motion to Clarify") to July 14, 2003
4  at 10:00 a.m., and allege as follows:

## RECITALS

6  WHEREAS, on June 6, 2003, PCG filed a Notice of Motion and Motion for
7  Clarification of Confidentiality Stipulation and Order ("Motion for Clarification") in this Court.

8  WHEREAS, on June 30, counsel for WCG is scheduled to appear in another Court,
9  and is therefore unavailable to attend the hearing on the Motion for Clarification.

10  WHEREAS, the parties, through their respective attorneys, have agreed to move the
11  hearing date for the Motion for Clarification until July 14, 2003.

12  WHEREAS, the parties, through their respective attorneys, have agreed that WCG's
13  Opposition will be due on June 23, 2003.

14  WHEREAS, the parties, through their respective attorneys, have agreed that PCG's
15  Reply will be due on July 7, 2003.

16  WHEREAS, WCG contends there is no subject matter jurisdiction in this matter, and
17  PCG contends that jurisdiction is proper, the parties reserve their rights to challenge
18  jurisdiction or oppose such challenge, as well as for WCG to seek additional time to oppose
19  PCG's motion or for PCG to seek additional time to support its motion. The parties also
20  reserve their rights to oppose additional time being granted.

21  WHEREAS, WCG has agreed that it will not use this particular continuance as
22  grounds to oppose the Motion for Clarification.

23  IT IS HEREBY AGREED AND STIPULATED by and between WCG and PCG as
24  follows:

25  1.  The hearing on the Motion for Clarification shall be continued to July 14, 2003.
26  2.  WCG's Opposition shall be due on June 23, 2003.
27  //
28  //

118320.1

- 2 -

06/12/2003 14:33 FAX 213 687 3702    MUNGER TOLLES & OLSON #4                    ☒004
Case 2:97-cv-05306-CAS-CWX   Document 554   Filed 06/16/03   Page 3 of 4   Page ID #:198

JUN. 12. 2003  2:18PM    BROWNE & WOODS LLP                              NO. 820   P. 4

3.     PCG's Reply shall be due on July 7, 2003.

4.     The parties reserve their rights to challenge jurisdiction or oppose such challenge, as well as for WCG to seek additional time to oppose PCG's motion or for PCG to seek additional time to support its motion. The parties also reserve their rights to oppose additional time being granted.

5.     WCG will not use this particular continuance as grounds to oppose the Motion for Clarification.

### Order

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: 6/16/03

_____
United States District Judge

Dated: June 12, 2003

BROWNE & WOODS LLP

RALPH K. HELGE, ESQ.

By _____
Miles J. Feldman

Attorneys For Plaintiff
Worldwide Church of God

Dated: June 12, 2003

MUNGER TOLLES & OLSON LLP

By _____
Eric Lorenzini

Attorneys For Defendant
Philadelphia Church of God, Inc.

-3-

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 450 North Roxbury Drive, 7th Floor, Beverly Hills, California 90210.

On June 13, 2003, I served the foregoing document described as: **[PROPOSED] ORDER AND STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR CLARIFICATION OF CONFIDENTIALITY STIPULATION AND ORDER** on the parties in this action by serving:

Eric J. Lorenzini, Esq.
Munger, Tolles & Olson
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

**(X) By Envelope** - by placing ( ) the original **(X)** a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**( ) By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**( ) By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

**( ) By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office at 9680 Santa Monica Boulevard, Beverly Hills, California 90210, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

**() By Facsimile Transmission:** On June 13, 2003 at _____ _.m., I caused the above-named document to be transmitted by facsimile transmission, from fax number 310-275-5697, to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto.

Executed on June 13, 2003, at Beverly Hills, California.

**(x)    FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Cookie Thompson*
Cookie Thompson

118320 1

- 4 -